IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:07CR47 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **ANTOINE L. HATTEN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's pro se motion to amend or supplement her motion for resentencing due to Amendment 706 to the sentencing guidelines (Filing No. 86).

Counsel entered his appearance on the same day as the Defendant's motion was filed. (Filing No. 85.) All further communication with the Court must be through counsel.

IT IS ORDERED that the Defendant's pro se motion to amend or supplement her motion relating to Amendment 706 (Filing No. 86) is denied.

DATED this 28th day of April, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge