# UNITED STATES DISTRICT COURT
for the

District of Nebraska

United States of America
v.
Antoine L. Hatten

)
)
)
)
)
)
)

Case No:  8:07CR47

USM No:  21439-047

Date of Original Judgment:  09/18/2007

Date of Previous Amended Judgment:  04/10/2012

*(Use Date of Last Amended Judgment if Any)*

Michael J. Hansen

*Defendant's Attorney*

AMENDED **ORDER REGARDING MOTION FOR SENTENCE REDUCTION**
**PURSUANT TO 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  188  months **is reduced to**  151 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  09/18/2007  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  11/05/2015

*Judge's signature*

Effective Date:

*(if different from order date)*

Laurie Smith Camp, Chief U.S. District Judge

*Printed name and title*

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

Antoine L. Hatten

DEFENDANT: _____

CASE NUMBER: ___8:07CR47_____

DISTRICT: _____District of Nebraska_____

## I.  COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | | |
|---|---|---|
| Previous Total Offense Level: __35__ | | Amended Total Offense Level: __29__ |
| Criminal History Category: __VI__ | | Criminal History Category: __VI__ |
| Previous Guideline Range: __292__ to __365__ months | | Amended Guideline Range: __151__ to __188__ months |

## II.   SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

[✓] The reduced sentence is within the amended guideline range.

[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

[ ] The reduced sentence is above the amended guideline range.

## III.  ADDITIONAL COMMENTS

The Defendant's pro se Motion to Reduce Sentence  - USSC Amendment (Filing No. 124) is granted.  The Defendant's Unopposed Motion to Reduce Sentence  - USSC Amendment (Filing No. 134) is granted and the parties' Stipulation regarding the Unopposed Motion to Reduce Sentence  - USSC Amendment (Filing No. 135) is approved.

The Defendant's term of imprisonment for Count I is reduced to 151 months and for Count II remains at 60 months to be served consecutively.

Note:  On 8/18/2008 the Defendant's sentence was reduced to 235 months.