# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiffs,<br><br>vs.<br><br>ANTOINE HATTEN<br><br>        Defendant. | 8:07CR47<br><br>JUDGMENT |

For the reasons discussed in the Court's Memorandum and Order of this date,

IT IS ORDERED:

1. That the Court completed initial review of the Defendant's Motion, ECF No. 145, under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("§ 2255 Motion");

2. The § 2255 Motion, ECF No. 145, is summarily dismissed; and

4. The Clerk will mail a copy of this Judgment to the Defendant at the Defendant's last known address.

Dated this 12th day of April, 2017.

                                              BY THE COURT:

                                              s/Laurie Smith Camp<br>
                                              Chief United States District Judge